# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**BRIAN DEWAYNE ALI,** :

    **Petitioner** : **CIVIL ACTION NO. 3:14-1354**

**v.** : **JUDGE MANNION**

**WARDEN DAVID EBBERT,** :

    **Respondent** :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Schwab, **(Doc. 8)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the petitioner's action pursuant to 18 U.S.C. §3182 is **DENIED**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 1, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1354-01-ORDER.wpd